ORIGINAL
no C.F.P.
√F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BROADSTAR WIND SYSTEMS GROUP, LLC, | § | |
| Plaintiff, | § | |
| v. | § | |
| THOMAS STEPHENS, Defendant. | § | Civil Action: _____ |
| MARK BERGEE, | § | 3-10CV0369-F |
| Plaintiff-Intervenor, | § | # 38542 |
| v. | § | |
| BROADSTAR WIND SYSTEMS GROUP, LLC, | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Thomas Stephens ("Defendant" or "Stephens") hereby removes to this Court the state court action described below, pursuant to 28 U.S.C. §§ 1441 and 1446.

**Case History**

1.  On February 11, 2010 a civil action was filed in the 191st Judicial District of the District Court of Dallas County, State of Texas, entitled *BroadStar Wind Systems Group, LLC v. Thomas Stephens*, Case Number 10-01656 (the "State Court Action").

2.  Plaintiff's petition filed in the State Court Action was served upon Defendant on or

about February 18, 2010. Plaintiff-Intervenor's complaint was filed in the State Court Action on or about February 23, 2010. Therefore, this removal is timely under 28 U.S.C. § 1446(b).

3. A true and correct copy of the complaint in the State Court Action is included in Exhibit A attached hereto and incorporated herein. Exhibit A includes all process and pleadings with which Defendant was served regarding the State Court Action.

4. The State Court Action includes requests to seek determinations of the parties' respective rights and responsibilities under trade secret and copyright laws, including the federal Uniform Trade Secrets Act (the "Trade Secrets Act") and the Copyright Act of 1976, as amended, 17 U.S.C. § 106 et seq. (the "Copyright Act"). See Exhibit A (hereinafter "Complaint"). The nucleus of operative facts in the State Court Action includes BroadStar Wind Systems Group, LLC's ("BroadStar") assertion that a "pitch schedule program and calculator" are BroadStar's "trade secrets" and "confidential information" developed by and exclusive to BroadStar and any other's use of such information constitutes "unfair competition" and "misappropriation." Because these allegations are predicated on rights governed exclusively by federal law, they present a federal question requiring removal of this action to this Court.[1]

**Removal Jurisdiction**

5. Stephens hereby removes this action to the United States District Court for the District and Division in which the action is now pending, specifically, the United States District

---

[1] The true nature of a pleading is determined by its substance, not its label. Edwards v. City of Houston, 78 F.3d 983, 995 (5th Cir.1996) (en banc) ("[W]e have oft stated that 'the relief sought, that to be granted, or within the power of the Court to grant, should be determined by substance, not a label'") (quoting Bros. Inc. v. W.E. Grace Mfg. Co., 320 F.2d 594, 606 (5th Cir.1963). The inquiry of whether federal law (e.g., patent or copyright protection) preempts state law (e.g., trade secret protection) focuses on whether state law "stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress." Hines v. Davidowitz, 312 U.S. 52, 67 (1941).

Court for the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1441. Removal is based on federal question jurisdiction.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 (a), because the underlying facts alleged and rights asserted in the State Court Action, including the claims for unfair competition, are based on matters protected under the Trade Secrets Act and the Copyright Act and which, given the underlying facts alleged and rights asserted in the State Court Action, are preempted under the laws of the United States, including the Trade Secrets Act and the Copyright Act. Because federal law preempts the claims in the State Court Action, the State Court Action is removable. See Franchise Tax Board v. Construction Laborers Vacation Trust, 463 U.S. 1, 23-24, 103 S.Ct. 2841, 77 L.Ed.2d 420 (1983); Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58, 63-64, 107 S.Ct. 1542, 95 L.Ed.2d 55 (1987).

7. This Court has supplemental jurisdiction over the State Court Action claims for unfair competition and misappropriation of trade secrets (the "Misappropriation Claim") pursuant to 28 U.S.C. § 1367(a). The Misappropriation Claim is removable pursuant to 28 U.S.C. § 1441(c) because it is joined with the State Court Action's preempted claims, over which the Court has original jurisdiction under 28 U.S.C. § 1331.

8. Promptly after filing this Notice of Removal, Defendant will serve a copy of it upon all parties to the State Court Action and will file a copy with the Clerk of the District Court of Dallas County, State of Texas.

9. This action is properly removed to this Court under 28 U.S.C. § 1446(a) because the State Court Action is pending in the District Court of Dallas County, State of Texas, which lies within this District and Division.

Respectfully submitted,

SMITH & DAVIS PLLC

By: /s/ William A. Smith
William A. Smith
State Bar No. 18701600
10440 No. Central Expressway
Suite 1295
Dallas, TX 75231
(214) 969-0909
(214) 969-5588 Telecopier
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ~~23rd~~ 24th day of February 2010, a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested upon the following: Andrew M. Gould, Wick Phillips, LLP, 2100 Ross Avenue, Suite 950, Dallas, Texas 75201.

/s/ William A. Smith
William A. Smith

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

ORIGINAL

## I. (a) PLAINTIFFS
Broadstar Wind Systems Group, LLP

**DEFENDANTS**
Stephens, Thomas

3-10CV0369-F

**(b)** County of Residence of First Listed Plaintiff **Dallas, TX**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Dallas, TX**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED
FEB 24 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Andrew M. Gould, WickPhillips, LLP
2100 Ross Ave., Suite 950, Dallas, TX 75201 (214) 692-6200

Attorneys (If Known)
William A. Smith, Smith & Davis, PLLC
10440 N Central Expy., Ste 1095, Dallas, TX 75231 (214) 969-0909

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331 & 28 USC 1338(a)
Brief description of cause:
Seek declaration of rights under the Trade Secrets Act and Copyright Act.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE
DOCKET NUMBER

DATE 2/24/2010
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**United States District Court**
**Northern District of Texas**

ORIGINAL



**Supplemental Civil Cover Sheet For Cases Removed From State Court**

3-10CV0369-F

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 191st District Court, Dallas County | 10-01656 |

2. **Style of the Case:** Broadstar Wind Systems Group, PLLC v Thomas Stephens

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | See attached | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     ☐ Yes     ☒ No

   If "Yes," by which date and on what date?

   _____     _____
   Party                                 Date

Supplemental Civil Cover Sheet
Page 2

4. **Answer:**

   Was an Answer made in State Court?  ☐ Yes  ☒ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                    Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Broadstar - Plaintiff | Alleges ownership of proprietary info |
   | Stephens - Defendant | Denies Plaintiff owns info |
   | Bargee - Intervenor | Claims ownership of info |

2.

| Party and Party Type | Attorneys |
|---|---|
| Plaintiff-Broadstar Wind Systems Group, PLLC | Wick Phillips, LLP<br>Andrew M. Gould<br>00792541<br>2200 Ross Ave.<br>Suite 950<br>Dallas, TX 75201<br>(214) 692-6200 |
| Defendant-Thomas Stephens | Smith & Davis, PLLC<br>William A. Smith<br>18701600<br>10440 N. Central. Expy.<br>Suite 1295<br>Dallas, TX 75231<br>(214) 969-0909 |
| Intervenor-Mark Bergee | Law Offices of Scott D. Johannessen<br>Scott D. Johannessen<br>3200 West End Avenue, Suite 500<br>Nashville, Tennessee 37203 USA<br>877.863.5400 | phone |