

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BROADSTAR WIND SYSTEMS GROUP LLC, ET AL., Plaintiffs, | § § § § | Case no. 3:10-cv-369-F |
| v. | § § | |
| THOMAS STEPHENS, ET AL., Defendants. | § § § § | |

## FINAL JUDGMENT ON PLAINTIFF'S CLAIMS FOR DECLARATORY JUDGMENT

On the date shown herewith, the Court issued a Trial Order regarding Plaintiff's claim for a Declaratory Judgment. As to Plaintiff's claims for a Declaratory Judgment, the Court has reviewed this case and concludes that no issue remains for disposition and no relief remains to be granted. It is therefore ORDERED that final judgment for Plaintiff is to be GRANTED regarding the relief sought through a Declaratory Judgment.

The Court issues the following Declaratory Judgment:

BroadStar Developments, LP, a fully-owned subsidiary of Plaintiff BroadStar Wind Systems Group LLC, has full right, title, and interest to the following intellectual property: "Wind Driven Power Turbine" (U.S. Patent Appl. No. 61/031,317); "Wind Driven Power Turbine and Applications of Same" (U.S. Patent Appl. No. 61/057,856); "Wind Driven Power Generator With Moveable Cam" (U.S. Patent Appl. No. 12/110,100); "Mobile Wind Turbine" (U.S. Patent Appl. No. 61/100,479); "Fluid Turbine

Optimized for Power Generation" (in preparation); "Hydraulic Cam" (in preparation); and "Water Turbine" (in preparation).

All right, title, and interest in the '828 and '448 patents are declared to be owned by BroadStar Developments, LP, a wholly owned subsidiary of BroadStar Wind Systems Group LLC. BroadStar Developments, LP has owned all right, title, and interest to the patents since their assignment to BroadStar Developments, LP upon its name change from X-Blade Systems, L.P in October 2008. At no point from the name change in October 2008 to the present has any right, title, or interest in the '828 and '448 patent been granted, transferred, or in any way come into the possession or ownership of Thomas Stephens. The Employment Agreement signed by Thomas Stephens with BroadStar Wind Systems Group LLC in March 2009 did not transfer any right, title, or interest in the '828 and '448 patents from BroadStar Developments, L.P. to Thomas Stephens. The lapse of the charter of BroadStar Developments, L.P. did not cause BroadStar Developments, L.P. to lose any right, title, or interest in the '828 and '448 patents, and did not cause Thomas Stephens to gain any right, title, or interest in the '828 and '448 patents.

It is further ORDERED that, as to relief sought for regarding the Declaratory Judgment, all parties shall bear their own costs.

SIGNED this 20th day of December, 2010.

Royal Furgeson
Senior United States District Judge